No. 02–763. BARNHART, COMMISSIONER OF SOCIAL SECURITY *v.* THOMAS. C. A. 3d Cir. Certiorari granted. 

No. 02–473. UNITED STATES *v.* BANKS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 02–749. RAYTHEON CO. *v.* HERNANDEZ. C. A. 9th Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition. 

No. 01–11030. BROWN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 02–531. OKANOGAN SCHOOL DISTRICT NO. 105 ET AL. *v.* BERGESON, SUPERINTENDENT OF PUBLIC INSTRUCTION OF THE STATE OF WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–585. PEABODY COAL CO. *v.* GRAY ET AL. C. A. 6th Cir. Certiorari denied. 

No. 02–617. PHILLIPS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–655. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–672. WEISS, DIRECTOR, NEW YORK STATE DEPARTMENT OF AGRICULTURE AND MARKETS, KOSHER LAW ENFORCEMENT DIVISION *v.* COMMACK SELF-SERVICE KOSHER MEATS, INC., DBA COMMACK KOSHER, ET AL.; and
No. 02–675. SILVER ET AL. *v.* COMMACK SELF-SERVICE KOSHER MEATS, INC., DBA COMMACK KOSHER, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 294 F. 3d 415.

No. 02–683. WORLD WIDE MINERALS LTD. ET AL. *v.* REPUBLIC OF KAZAKHSTAN ET AL. C. A. D. C. Cir. Certiorari denied.